UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EVARISTO ROSARIO,
      Plaintiff,

   v.                                          C.A. No. 13-446 S

STATE OF RHODE ISLAND,
et al.,
      Defendants.

**ORDER**

    The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 13, 2013, (ECF #13) in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Motion for Leave to Appeal *in forma pauperis* (ECF #9) is hereby DENIED.

ENTER:

/s/ William E. Smith
_____
William E. Smith
United States District Judge

Date: January 10th, 2014